B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | **ORIGINAL** | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JoJo's Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-4507974** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2923 Chino Ave. H-1**<br>**Chino Hills, CA**<br>ZIPCODE **91709** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Bernardino** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**623 Pats Ranch Rd, B, Mira Loma, CA**<br>ZIPCODE **91752** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **FILED**<br>**AUG 11 2011**<br>CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                           Page 2

<table>
<tr><td colspan="2"><b>Voluntary Petition</b><br><i>(This page must be completed and filed in every case)</i></td><td colspan="2">Name of Debtor(s):<br><b>JoJo's Partners, LLC</b></td></tr>
</table>

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)        Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JoJo's Partners, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X *cm Dillingr*<br>   Signature of Attorney for Debtor(s)<br><br>**The Dillinger Law Firm P.C.**<br>**65 Enterprise**<br>**Aliso VIEJO, CA  92656**<br>**(949) 830-4717 Fax: (949) 271-4717**<br><br><br><br>**August 10, 2011**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>_____ |

| **Signature of Debtor (Corporation/Partnership)** | X _____<br>   Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>**Joseph P. Bonafede**<br>Printed Name of Authorized Individual<br>**Member**<br>Title of Authorized Individual<br>**August 10, 2011**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                           Case No. _____

JoJo's Partners, LLC                                             Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address<br>including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim<br>(trade debt,<br>bank loan,<br>government<br>contract, etc.) | (4)<br>Indicate if claim<br>is contingent,<br>unliquidated,<br>disputed or<br>subject to setoff | (5)<br>Amount of<br>claim (if<br>secured also<br>state value of<br>security) |
|---|---|---|---|---|
| **Accounts Payable** | | | | **679,129.93** |
| **Board Of Equalization**<br>**State Of California**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0001** | | | | **351,621.73** |
| **Hoprock Limonite, LLC**<br>**C/O Vestar Property Management**<br>**7575 Carson Blvd.**<br>**Long Beach, CA 90808** | **Gabriela Plantacarte** | | | **150,353.41** |
| **Cerenzia Foods, Inc.**<br>**8585 White Oak Ave.**<br>**Ranch Cucamonga, CA 91730** | **(909) 989-4000** | | | **95,472.72** |
| **Clark & Trevithick (General)**<br>**800 Wilshire Blvd., 12th Floor**<br>**Los Angeles, CA 90017** | | | | **86,738.00** |
| **RJAN, LLC (Chino Rent H-4B)**<br>**20955 Pathfinder Road, #210**<br>**Diamond Bar, CA 91765** | | | | **66,372.78** |
| **RJAN, LLC (Chino Rent H-1)**<br>**20955 Pathfinder Road, #210**<br>**Diamond Bar, CA 91765** | | | | **48,861.61** |
| **CashReady, LLC**<br>**6420 Wilshire Blvd., 19th Floor**<br>**Los Angeles, CA 90048** | | | | **32,333.34** |
| **ProMAC** | | | | **30,000.00** |
| **State Of California**<br>**Board Of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0001** | **(961) 680-6400** | | | **23,956.52** |
| **California Deli Distributing, Inc.**<br>**13869 Pipeline Ave.**<br>**Chino, CA 91710** | | | | **20,503.51** |
| **Amir Frljuckic**<br>**5650 Lock Haven Dr.**<br>**Buena Park, CA 90621** | | | | **11,810.00** |
| **Allied Insurance**<br>**P.O. Box 514540**<br>**Los Angeles, CA 90051-4540** | | | | **10,362.75** |
| **Guard Insurance Group**<br>**P.O. Box A-H**<br>**Wilkes-Barre, PA 18703-0020** | | | | **7,404.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Family Tree Produce**<br>5510 E. La Palma Ave.<br>Anaheim, CA  92807 | **Ann Marie**<br>**(714) 638-7610** | 6,972.32 |
| **Accrued Payroll** | | **6,854.48** |
| **American Express**<br>P.O. Box 360002<br>Fort Lauderdale, FL  33336-0002 | | 5,685.17 |
| **In Touch POS by Assal**<br>1601 N. California Blvd.<br>Walnut Creek, CA  94596 | | 5,133.94 |
| **Stephan & Stein, Inc.**<br>21700 Oxnard Street, Suite 1160<br>Woodland Hills, CA  91367 | Peter Y. Stephan, CPA | 4,591.24 |
| **AICCO, Inc.**<br>Department 7615<br>Los Angeles, CA  90084-7615 | | 4,052.71 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **August 10, 2011**          Signature: _____

                                      **Joseph P. Bonafede, Member**
                                                                    (Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _A̶l̶s̶o̶ ̶V̶i̶e̶j̶o̶_____, California.
Dated: August 10, 2011

_____
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                                    Case No. _____

JoJo's Partners, LLC _____    Chapter **11** _____
                                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                  the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                          the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

JoJo's Partners, LLC _____    **X** _____    **8/10/2011**
Printed Name(s) of Debtor(s)                                  Signature of Debtor                              Date

Case No. (if known) _____    **X** _____
                                                              Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                      Case No. _____

**JoJo's Partners, LLC** _____    Chapter **11** _____
                        Debtor(s)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $        0.00 | | |
| B - Personal Property | Yes | 6 | $    51,440.68 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $    1,713,806.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| | TOTAL | 32 | $    51,440.68 | $    1,713,806.11 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE <u>JoJo's Partners, LLC</u>                                                  Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE A - REAL PROPERTY

</div>

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

<div align="right">(Report also on Summary of Schedules)</div>

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE JoJo's Partners, LLC _____    Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chino Commercial Bank (Acct #0147)**<br><br>**Business Checking Account**<br>**This account balance was $45.99 as of June 30, 2011.** | | 45.99 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE JoJo's Partners, LLC
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 Door Table Cooler 4' (Mira Loma)<br><br>(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)<br><br>2 Televisions (Mira Loma)<br><br>(These assets are located at the Mira Loma restaurant and are | | 200.00<br><br><br><br><br><br><br><br>200.00 |

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>JoJo's Partners, LLC</u>                                                          Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.) | | |
| | | **3 Door Beer Cooler 5' (Mira Loma)** | | 400.00 |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **4 Drawer Under Stove Cooler 4' (Mira Loma)** | | 500.00 |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **8-Burner Stove (Mira Loma)** | | 300.00 |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **Bakers Pride Oven (Mira Loma)** | | 3,500.00 |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **Chairs (Mira Loma)** | | 630.00 |
| | | **42 Wood Padded Chairs.** | | |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **Coolers (Mira Loma)** | | 600.00 |
| | | **1 Metro Food Holder, 1 Carrier Display Cooler.** | | |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's** | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>JoJo's Partners, LLC</u>                                          Case No. _____
                    Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Partners, LLC.) | | |
| | | **Hobart Mixer, 60 quart (Mira Loma)** | | 2,500.00 |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **Meridian Phone System (Mira Loma)** | | 500.00 |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **Miscellaneous Supplies (Mira Loma)** | | 80.00 |
| | | **1 5-Compartment Employee Locker ($10), 1 HP5610 Fax/Copy/Printer ($20), 1 Dell 1720 Printer ($50).** | | |
| | | **(These assets are located at the Mira Loma restaurant and are used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **Point Of Sale System (Mira Loma)** | | 1,000.00 |
| | | **Software, 5 monitors and 5 desktops, six printers, and one server.** | | |
| | | **(These assets are located at the Mira Loma restaurant and are used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **Racks (Mira Loma)** | | 530.00 |
| | | **1 Utility Rack 2' ($50), 10 Utility Racks 4' ($300), 2 Utility Racks 6' ($75), 1 Utility Rack 3' ($30), 3 Durgess Racks 4' ($75).** | | |
| | | **(These assets are located at the Mira Loma restaurant and are used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.)** | | |
| | | **Salad Cooler 5'  (Mira Loma)** | | 400.00 |
| | | **(This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December** | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE __JoJo's Partners, LLC__ _____    Case No. _____
                              Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.) | | |
| | | **Slicer (Mira Loma)** | | 500.00 |
| | | (This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.) | | |
| | | **Tables (Mira Loma)** | | 2,125.00 |
| | | 4 Stainless Tables 4' ($80), 1 Wood Dining Table 6' ($50), 7 Wood Dining Tables 1.5' ($300), 11 Wood Dining Tables 3' ($220), 2 Stainless Tables 3' ($75), 1 Pizza Table 7' ($1,200), 1 Steam Table 4' ($200). | | |
| | | (These assets are located at the Mira Loma restaurant and are used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.) | | |
| | | **Walk-in Cooler (Mira Loma)** | | 1,200.00 |
| | | (This asset is located at the Mira Loma restaurant and is used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.) | | |
| 30.  Inventory. | | **Inventory Asset (Mira Loma)** | | 3,825.00 |
| | | This is the perishable inventory and supplies that the debtor keeps on a monthly basis. | | |
| | | (These goods are located at the Mira Loma restaurant and are used to operate the Mira Loma restaurant. However, since December 31, 2010, the Mira Loma restaurant has been operated by Joseph Group, Inc. The assets are still owned by JoJo's Partners, LLC.) | | |
| | | (These assets are located at the Mira Loma restaurant and are used to operate the Mira Loma restaurant, however, these assets have not been officially transferred from JoJo's Partners, LLC, to Joseph Group, Inc.) | | |
| | | 3,825.00 | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE JoJo's Partners, LLC _____    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Accounts Receivable | | 15,078.45 |
| | | AMEX Levy BOE | | 761.97 |
| | | Chino Hills Cash Drawers | | 450.00 |
| | | Employee Advances | | 330.27 |
| | | Inventory Asset | | 6,924.48 |
| | | Prepaid Expenses | | 7,863.32 |
| | | Security Deposit | | 996.20 |
| | | TOTAL | | 51,440.68 |

_____ 0 continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE <u>JoJo's Partners, LLC</u> _____  Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE <u>JoJo's Partners, LLC</u>                                    Case No. _____
            Debtor(s)                                                   (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | $ | $ |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE <u>JoJo's Partners, LLC</u>                                                    Case No. _____
                                        Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

          **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>JoJo's Partners, LLC</u>                                                                Case No. _____
                                    Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**25/35 Foundation**<br>**25253 Noble Canyon St.**<br>**Corona, CA  92883** | | | | | | | 36.98 |
| ACCOUNT NO.<br><br>**Accounts Payable** | | | | | | | 679,129.93 |
| ACCOUNT NO.<br><br>**Accrued Payroll** | | | | | | | 6,854.48 |
| ACCOUNT NO.<br><br>**AICCO, Inc.**<br>**Department 7615**<br>**Los Angeles, CA  90084-7615** | | | | | | | 4,052.71 |

<u>  19  </u> continuation sheets attached

Subtotal
(Total of this page) $ 690,074.10

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC _____     Case No. _____
                           Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**All Kinds Of Signs**<br>**8431 Yorktown Ave.**<br>**Huntington Beach, CA  92646** | | | | | | | 3,443.42 |
| ACCOUNT NO.<br>**Alliance Financial**<br>**P.O. Box 3617**<br>**Seattle, WA  98124-3617** | | | | | | | 271.40 |
| ACCOUNT NO.<br>**Alliance Funding Group, Inc.**<br>**3745 W. Chapman Ave., 2nd Floor**<br>**Orange, CA  92868** | | | | | | | 1,247.72 |
| ACCOUNT NO.<br>**Allied Insurance**<br>**P.O. Box 514540**<br>**Los Angeles, CA  90051-4540** | | | | | | | 10,362.75 |
| ACCOUNT NO.<br>**Alpha Kappa Delta**<br>**3801 W. Temple Ave., Bldg. #5**<br>**Pomona, CA  91768** | | | | | | | 50.85 |
| ACCOUNT NO.<br>**American Cancer Society**<br>**Relay For Life**<br>**1240 Palmyrite Ave.**<br>**Riverside, CA  92507** | | | | | | | 79.31 |
| ACCOUNT NO.<br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA  90096-0001** | | | | | | | 361.42 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __1__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ 15,816.87

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC _____      Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Express**<br>**P.O. Box 360002**<br>**Fort Lauderdale, FL 33336-0002** | | | | | | | **5,685.17** |
| ACCOUNT NO.<br>**Amir Frjluckic**<br>**5650 Lock Haven Dr.**<br>**Buena Park, CA 90621** | | | **Loan - Amir Frjluckic** | | | | **11,810.00** |
| ACCOUNT NO.<br>**Anat Levy & Associates, P.C.**<br>**8840 Wilshire Blvd., Third Floor**<br>**Beverly Hills, CA 90211** | | | | | | | **1,237.49** |
| ACCOUNT NO.<br>**Anderson Air Conditioning, LP.**<br>**422 S. Corona Mall**<br>**Corona, CA 92882** | | | | | | | **365.00** |
| ACCOUNT NO.<br>**Anheuser Bush Sales Of Pomona**<br>**P.O. Box 3000**<br>**Pomona, CA 91766** | | | | | | | **244.20** |
| ACCOUNT NO.<br>**Aramark - Mira Loma**<br>**Aramark Uniform Services, Inc.**<br>**P.O. Box 33470**<br>**Riverside, CA 92519** | | | | | | | **2,061.16** |
| ACCOUNT NO.<br>**Aramark Uniform Services, Inc.**<br>**P.O. Box 20378**<br>**Fountain Valley, CA 92708** | | | | | | | **1,881.97** |

Sheet no. __2__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      $ **23,284.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC _____    Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Avalon Advisors, Inc.** <br> **25602 Alicia Parkway, #435** <br> **Laguna Hills, CA  92653-5309** | | | | | | | 2,175.00 |
| ACCOUNT NO. <br><br> **Avon Walk** <br> **11751 Mississippi Ave.** <br> **Los Angeles, CA  90025** | | | | | | | 192.35 |
| ACCOUNT NO. <br><br> **AYALA - Choral Boosters** <br> **3233 Grand Ave., #N-170** <br> **Chino Hills, CA  91709** | | | | | | | 31.43 |
| ACCOUNT NO. <br><br> **Ayala Basketball** <br> **3411 Royal Ridge Rd.** <br> **Chino Hills, CA  91709** | | | | | | | 234.49 |
| ACCOUNT NO. <br><br> **Ayala Freshman Football** <br> **14425 Peyton Dr.** <br> **Chino Hills, CA  91709** | | | | | | | 93.84 |
| ACCOUNT NO. <br><br> **Ayala Theatre Arts Boosters** <br> **14255 Peyton Dr.** <br> **Chino Hills, CA  91709** | | | | | | | 80.27 |
| ACCOUNT NO. <br><br> **AYSO Mighty Sharks** <br> **16452 Patina Court** <br> **Chino Hills, CA  91709** | | | | | | | 43.95 |

Sheet no. __3__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   2,851.33

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC _____   Case No. _____

Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AYSO Pink Panthers**<br>5973 Natalie Rd.<br>Chino Hills, CA  91709 | | | | | | | 52.52 |
| ACCOUNT NO.<br>**AYSO Region #67**<br>P.O. Box 861<br>Chino, CA  91708 | | | | | | | 54.28 |
| ACCOUNT NO.<br>**AYSO Region #779 Pink Ponies**<br>3233 Grand Ave. #N-275<br>Chino Hills, CA  91709 | | | | | | | 97.74 |
| ACCOUNT NO.<br>**Blue Shield Of California**<br>P.O. Box 51827<br>Los Angeles, CA  90051-6127 | | | | | | | 1,809.00 |
| ACCOUNT NO.<br>**Board Of Equalization**<br>State Of California<br>P.O. Box 942879<br>Sacramento, CA  94279-0001 | | | This is the sales tax liability owed by JoJo's Partners, LLC. | | | | 351,621.73 |
| ACCOUNT NO.<br>**Brothers International Desserts Inc.**<br>1682 Kettering St.<br>Irvine, CA  92614 | | | | | | | 251.50 |
| ACCOUNT NO.<br>**Butler Chemicals, Inc.**<br>1283 N. Grove St.<br>Anaheim, CA  92806-2114 | | | | | | | 200.52 |

Sheet no. __4__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 354,087.29

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **JoJo's Partners, LLC**                                                            Case No. _____
_____
            Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cal Poly A.M.M.A.**<br>**3801 West Temple**<br>**Pomona, CA  91768** | | | | | | | **49.44** |
| ACCOUNT NO.<br>**Cal State Fullerton Philanthropiz**<br>**800 N. State College Blvd.**<br>**Fullerton, CA  92831** | | | | | | | **86.90** |
| ACCOUNT NO.<br>**California Deli Distributing, Inc.**<br>**13869 Pipeline Ave.**<br>**Chino, CA  91710** | | | | | | | **20,503.51** |
| ACCOUNT NO.<br>**Calvary Chapel San Jacinto**<br>**1450 W. 7th St.**<br>**San Jacinto, CA  92582** | | | | | | | **135.38** |
| ACCOUNT NO.<br>**Canyon Hills**<br>**2500 Madrugada**<br>**Chino Hills, CA  91709** | | | | | | | **46.46** |
| ACCOUNT NO.<br>**Canyon Hills Jr. High**<br>**2500 Madrugada**<br>**Chino Hills, CA  91709** | | | | | | | **268.02** |
| ACCOUNT NO.<br>**CashReady, LLC**<br>**6420 Wilshire Blvd., 19th Floor**<br>**Los Angeles, CA  90048** | | | | | | | **32,333.34** |

Sheet no. ___**5**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **53,423.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>JoJo's Partners, LLC</u>                                              Case No. _____
                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Central Security - Chino Hills**<br>**P.O. Box 2527**<br>**Temecula, CA  92593-2527** | | | | | | | **146.00** |
| ACCOUNT NO.<br>**Central Security - Mira Loma**<br>**43174 Business Park Drive**<br>**Temecula, CA  92590** | | | | | | | **256.60** |
| ACCOUNT NO.<br>**Cerenzia Foods, Inc.**<br>**8585 White Oak Ave.**<br>**Ranch Cucamonga, CA  91730** | | | | | | | **95,472.72** |
| ACCOUNT NO. **1922**<br>**Chevron**<br>**P.O. Box 2001**<br>**Concord, CA  94529-0001** | | | | | | | **673.60** |
| ACCOUNT NO. **3042**<br>**Chevron**<br>**P.O. Box 2001**<br>**Concord, CA  94529-0001** | | | | | | | **1,557.40** |
| ACCOUNT NO.<br>**CHHS - Music/Choir**<br>**16150 Pomona Rincon Rd.**<br>**Chino Hills, CA  91709** | | | | | | | **297.81** |
| ACCOUNT NO.<br>**Chino Hills - Coyotes U9**<br>**15567 Sandlewood Lane**<br>**Chino Hills, CA  91709** | | | | | | | **9.95** |

Sheet no. ___**6**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $   **98,414.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC

_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chino Hills All Stars** | | | | | | | 219.16 |
| ACCOUNT NO.<br>**Chino Hills Boys Water Polo**<br>**15567 Sandlewood Lane**<br>**Chino Hills, CA  91708** | | | | | | | 174.68 |
| ACCOUNT NO.<br>**Chino Hills High School - Choir**<br>**16150 Pomona Rincon Rd.**<br>**Chino Hills, CA  91709** | | | | | | | 25.47 |
| ACCOUNT NO.<br>**Chino Hills High School - Water Polo**<br>**16150 Pomona Rincon Rd.**<br>**Chino Hills, CA  91709** | | | | | | | 48.50 |
| ACCOUNT NO.<br>**Chino Hills Junior All America Football**<br>**3233 N. Grand Ave., #N360**<br>**Chino Hills, CA  91709** | | | | | | | 101.04 |
| ACCOUNT NO.<br>**Chino Hills Pony Baseball**<br>**3233 Grand Ave. #54**<br>**Chino Hills, CA  91709** | | | | | | | 91.18 |
| ACCOUNT NO.<br>**Chino Hills Rays Baseball Club**<br>**13305 Oaks Ave.**<br>**Chino Hills, CA  91709** | | | | | | | 227.50 |

Sheet no. ___7___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |$    887.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  |$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC                                      Case No. _____
_____                                 (If known)
          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chino Valley Independent Fire District**<br>**Attn: Dawn Burns**<br>**14011 City Center Dr.**<br>**Chino Hills, CA  91709** | | | | | | | 242.00 |
| ACCOUNT NO.<br>**Clark & Trevithick (General)**<br>**800 Wilshire Blvd., 12th Floor**<br>**Los Angeles, CA  90017** | | | | | | | 86,738.00 |
| ACCOUNT NO.<br>**Coast Paper & Ribbon Products, Inc.**<br>**1100 S. Cypress**<br>**La Habra, CA  90631** | | | | | | | 181.86 |
| ACCOUNT NO.<br>**Committed Mission -Africa**<br>**1370 S. Euclid St.**<br>**La Habra, CA  90631** | | | | | | | 550.09 |
| ACCOUNT NO.<br>**Confero, Inc.**<br>**1152 Executive Circle, Suite 100**<br>**Cary, NC  27511** | | | | | | | 2,330.25 |
| ACCOUNT NO.<br>**Corona Valley Pee Wee Cheer**<br>**7056 Archibald, #102-295**<br>**Corona, CA  92880** | | | | | | | 9.63 |
| ACCOUNT NO.<br>**Country Springs**<br>**1415 Villge Center Drive**<br>**Chino Hills, CA  91709** | | | | | | | 633.95 |

Sheet no. __8__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 90,685.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC _____    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **County of San Bernardino - Tax Collector** <br> **172 West 3rd St., 1st Floor** <br> **San Bernardino, CA  92415** | | | | | | | **4,010.69** |
| ACCOUNT NO. <br> **Decker Elementary** <br> **20 Village Loop Dr.** <br> **Pomona, CA  91766** | | | | | | | **505.56** |
| ACCOUNT NO. <br> **Department Of Industrial Relations** <br> **Accounting** <br> **1515 Clay St. #16-22A, MS 30** <br> **Oakland, CA  94612** | | | | | | | **125.00** |
| ACCOUNT NO. <br> **Diamond Bar High Wrestling Team** <br> **21400 Pathfinder Road** <br> **Diamond Bar, CA  91765** | | | | | | | **456.05** |
| ACCOUNT NO. <br> **Diamond Bar Pre-School** <br> **400 Rancheria Road** <br> **Diamond Bar, CA  91765-2143** | | | | | | | **153.33** |
| ACCOUNT NO. <br> **Direct TV** <br> **P.O. Box 60036** <br> **Los Angeles, CA  90060-0036** | | | | | | | **331.96** |
| ACCOUNT NO. <br> **Direct TV - Mira Loma** <br> **P.O. Box 60036** <br> **Los Angeles, CA  90060-0036** | | | | | | | **154.98** |

Sheet no. __9__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **5,737.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dirt Dawgs**<br>**6205 Natalie Rd.**<br>**Chino Hills, CA  91709** | | | | | | | 66.72 |
| ACCOUNT NO.<br>**Double 'D' Support Team**<br>**13224 Chukar Court**<br>**Chino Hills, CA  91710** | | | | | | | 295.61 |
| ACCOUNT NO.<br>**Eagle Canyon Elementary**<br>**13435 Eagle Canyon Dr.**<br>**Chino Hills, CA  91709** | | | | | | | 2,080.08 |
| ACCOUNT NO.<br>**Eleanor Roosevelt - Cross Country**<br>**12672 Limonite Ave., #404**<br>**Corona, CA  92880** | | | | | | | 217.25 |
| ACCOUNT NO.<br>**Eleanor Roosevelt - PTSA**<br>**7447 Cleveland Ave.**<br>**Corona, CA  92880** | | | | | | | 22.85 |
| ACCOUNT NO.<br>**Eleanor Roosevelt Football**<br>**12672 Limonite, #404**<br>**Corona, CA  92880** | | | | | | | 71.86 |
| ACCOUNT NO. **8627**<br>**Everysoft**<br>**707 West 16th Street**<br>**Long Beach, CA  90813** | | | | | | | 547.62 |

Sheet no. __10__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **3,301.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC _____    Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Family Tree Produce**<br>**5510 E. La Palma Ave.**<br>**Anaheim, CA  92807** | | | | | | | 6,972.32 |
| ACCOUNT NO.<br>**Franchise Tax Board**<br>**P.O. Box 942857**<br>**Sacramento, CA  94257-0551** | | | | | | | 2,174.52 |
| ACCOUNT NO.<br>**Gamar Properties, Inc.**<br>**Orange County Cold Services**<br>**1301 S. Sunkist Ave.**<br>**Anaheim, CA  92806** | | | | | | | 230.54 |
| ACCOUNT NO.<br>**Gate City Beverage**<br>**Dept. # 265**<br>**Los Angeles, CA  90084-2685** | | | | | | | 466.00 |
| ACCOUNT NO.<br>**Graphic Details, Inc.**<br>**14122 Central Ave. Unit E**<br>**Chino, CA  91710** | | | | | | | 38.79 |
| ACCOUNT NO.<br>**Great-West Retirement Services**<br>**P.O. Box 173764**<br>**Denver, CO  80217** | | | | | | | 750.00 |
| ACCOUNT NO.<br>**Guard Insurance Group**<br>**P.O. Box A-H**<br>**Wilkes-Barre, PA  18703-0020** | | | | | | | 7,404.00 |

Sheet no. __11__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 18,036.17

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __JoJo's Partners, LLC_____    Case No. _____
                         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**H. Vaughn Hapeman**<br>**15615 Alton Parkway, Suite 175**<br>**Irivine, CA  91776** | | | | | | | 2,485.00 |
| ACCOUNT NO.<br>**Hidden Trails**<br>**2250 Ridgeview Dr.**<br>**Chino Hills, CA  91709** | | | | | | | 45.98 |
| ACCOUNT NO.<br>**Hoprock Limonite, LLC**<br>**C/O Vestar Property Management**<br>**7575 Carson Blvd.**<br>**Long Beach, CA  90808** | | | | | | | 150,353.41 |
| ACCOUNT NO.<br>**IMS Commercial Ice System**<br>**P.O. Box 160**<br>**La Verne, CA  91750** | | | | | | | 102.62 |
| ACCOUNT NO.<br>**In Touch POS by Assal**<br>**1601 N. California Blvd.**<br>**Walnut Creek, CA  94596** | | | | | | | 5,133.94 |
| ACCOUNT NO.<br>**Inland Aids Project - Kola**<br>**3767 Elizabeth St.**<br>**Riverside, CA  92506** | | | | | | | 24.25 |
| ACCOUNT NO.<br>**Jim Hynd**<br>**15219 Mariposa Ave.**<br>**Chino Hills, CA  91709** | | | | | | | 325.00 |

Sheet no. __12__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 158,470.20

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC _____    Case No. _____
                         Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Joe Bonafede<br>2351 Orchid Hill Pl.<br>Newport Beach, CA 92660 | | | Loan - Joe Bonafede | | | | 1,350.00 |
| ACCOUNT NO. <br><br>Joseph Group | | | | | | | 303.07 |
| ACCOUNT NO. <br><br>Jr. All American Football<br>10551 Bellegrave Ave.<br>Mira Loma, CA 91752 | | | | | | | 24.40 |
| ACCOUNT NO. <br><br>Jurupa Valley Band<br>10551 Bellegrave Ave.<br>Mira Loma, CA 91752 | | | | | | | 63.81 |
| ACCOUNT NO. <br><br>Knights of Columbus<br>P.O. Box 145<br>Chino Hills, CA 91709 | | | | | | | 28.69 |
| ACCOUNT NO. <br><br>Liberty Elementary - PFA<br>2730 Bonview Ave.<br>Ontario, CA 91761 | | | | | | | 216.30 |
| ACCOUNT NO. <br><br>Love, Resonate<br>13539 Via San Reno<br>Chino Hills, CA 91709 | | | | | | | 145.95 |

Sheet no. __13__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,132.22

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Loving Savior**<br>**14816 Payton Dr.**<br>**Chino Hills, CA 90631** | | | | | | | **341.42** |
| ACCOUNT NO.<br>**Lucy Robinson**<br>**3636 Crooked Creek Rd.**<br>**Diamond Bar, CA 91765** | | | | | | | **45.50** |
| ACCOUNT NO.<br>**Mercury Insurance Company**<br>**P.O. Box 11991**<br>**Santa Ana, CA 92711** | | | | | | | **847.00** |
| ACCOUNT NO.<br>**Mom's Club - Chino**<br>**2427 S. Fern #22**<br>**Ontario, CA 91762** | | | | | | | **75.05** |
| ACCOUNT NO.<br>**National Marrow Donor Program**<br>**1231 E. Dyer Rd., Ste. 236**<br>**Santa Ana, CA 92705** | | | | | | | **76.08** |
| ACCOUNT NO.<br>**New Harvest Christian School**<br>**11364 Imperial Hwy.**<br>**Norwalk, CA 90650** | | | | | | | **386.19** |
| ACCOUNT NO.<br>**No Limit Church**<br>**7250 Mission Blvd.**<br>**Riverside, CA 92509** | | | | | | | **53.51** |

Sheet no. __14__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,824.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC                                                    Case No. _____
                     Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ontario Christian School**<br>**1907 South Euclid**<br>**Ontario, CA 91762** | | | | | | | 466.58 |
| ACCOUNT NO.<br>**Orkin Exterminating - Chino**<br>**711 P.O. Box 7161**<br>**Pasadena, CA 91109-7161** | | | | | | | 432.32 |
| ACCOUNT NO.<br>**Oxford Preparatory Academy**<br>**4195 Chino Hills Pkwy #72**<br>**Chino Hills, CA 91709** | | | | | | | 76.26 |
| ACCOUNT NO.<br>**Parents Of Multiples**<br>**P.O. Box 2021**<br>**Chino Hills, CA 91709** | | | | | | | 103.41 |
| ACCOUNT NO.<br>**Payroll Liabilities** | | | | | | | 3,361.85 |
| ACCOUNT NO.<br>**Pomona Valley Catholic St. Madeleine**<br>**935 E. Kingsley**<br>**Pomona, CA 91767** | | | | | | | 98.90 |
| ACCOUNT NO.<br>**ProMAC** | | | Loan - ProMAC | | | | 30,000.00 |

Sheet no. __15__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | \$ 34,539.32 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | \$ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC
_____
                    Debtor(s)

Case No. _____
                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Reinberger Printwerks**<br>**20275 Paseo Del Prado**<br>**Walnut, CA  91789** | | | | | | | **113.13** |
| ACCOUNT NO.<br>**River Heights PTSA**<br>**7227 Cleveland Ave.**<br>**Corona, CA  92880** | | | | | | | **123.21** |
| ACCOUNT NO.<br>**RJAN, LLC (Chino Rent H-1)**<br>**20955 Pathfinder Road, #210**<br>**Diamond Bar, CA  91765** | | | | | | | **48,861.61** |
| ACCOUNT NO.<br>**RJAN, LLC (Chino Rent H-4B)**<br>**20955 Pathfinder Road, #210**<br>**Diamond Bar, CA  91765** | | | | | | | **66,372.78** |
| ACCOUNT NO.<br>**Roosevelt PTSA**<br>**7447 Cleveland Ave.**<br>**Corona, CA  92880** | | | | | | | **22.85** |
| ACCOUNT NO. **8550**<br>**SCE**<br>**P.O. Box 600**<br>**Rosemead, CA  91771-0001** | | | | | | | **2,546.03** |
| ACCOUNT NO.<br>**Shannon Jackson**<br>**23579 Descanso Dr.**<br>**Moreno Valley, CA  92557** | | | | | | | **990.72** |

Sheet no. __16__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **119,030.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC                                    Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**So Cal Outlaws - U10**<br>**3417 Royal Ridge Rd.**<br>**Chino Hills, CA  91709** | | | | | | | 164.08 |
| ACCOUNT NO.<br>**South Hills Church**<br>**2585 S. Main St.**<br>**Corona, CA  92882** | | | | | | | 35.90 |
| ACCOUNT NO.<br>**SSD Systems**<br>**1740 N. Lemon St.**<br>**Anaheim, CA  92801-1007** | | | | | | | 552.50 |
| ACCOUNT NO.<br>**St. Paul Church**<br>**14085 Peyton Dr.**<br>**Chino Hills, CA  91709** | | | | | | | 229.34 |
| ACCOUNT NO.<br>**Staples**<br>**P.O. Box 9020**<br>**Des Moines, IA  50368-9020** | | | | | | | 2,673.14 |
| ACCOUNT NO.<br>**State Compensation Insurance Fund**<br>**P.O. Box 942879**<br>**Sacramento, CA  94279-7072** | | | | | | | 1,171.46 |
| ACCOUNT NO. **0306**<br>**State Of California**<br>**Board Of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA  94279-0001** | | | **(Chino Hills Location)** The debtor's total balance owed to the State of California Board of Equalization is $23,956.52 as of the March 16, 2011 statement. Of this total balance, $11,401.68 is unpaid taxes, $2,310.93 is interest, and $10,243.91 is penalty  and collection recovery charges. | | | | 23,956.52 |

Sheet no. __17__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **28,782.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

*© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC

_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Stephan & Stein, Inc. <br> 21700 Oxnard Street, Suite 1160 <br> Woodland Hills, CA 91367 | | | | | | | 4,591.24 |
| ACCOUNT NO. <br> Storm Baseball <br> 376 S. Carlos Ct. <br> Chino Hills, CA 91710 | | | | | | | 26.14 |
| ACCOUNT NO. <br> Storm Baseball 9U <br> 250 W. 1st St., Ste. 254 <br> Claremont, CA 91711 | | | | | | | 133.43 |
| ACCOUNT NO. <br> The Dance Shop <br> 311 W. Emporia St. <br> Ontario, CA 91761 | | | | | | | 136.76 |
| ACCOUNT NO. <br> The Paper Company <br> 2815 Warner Ave. <br> Irvine, CA 92606 | | | | | | | 1,572.80 |
| ACCOUNT NO. <br> Townsend Band <br> 15359 Ilex Dr. <br> Chino Hills, CA 91709 | | | | | | | 63.96 |
| ACCOUNT NO. <br> Trade Supplies <br> 5899 S. Downey Rd. <br> Vernon, CA 90058 | | | | | | | 1,821.12 |

Sheet no. __18__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 8,345.45

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE JoJo's Partners, LLC                                              Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Treebark Enterprises**<br>**P.O. Box 1286**<br>**Claremont, CA  91711-1286** | | | | | | | 988.38 |
| ACCOUNT NO.<br><br>**Verizon Conferencing**<br>**Dept. CH 10305**<br>**Palatine, IL  60055-0305** | | | | | | | 36.05 |
| ACCOUNT NO.<br><br>**Wachovia Dealer Services**<br>**P.O. Box 25341**<br>**Santa Ana, CA  92799-5341** | | | | | | | 804.66 |
| ACCOUNT NO.<br><br>**West Central Produce, Inc.**<br>**2020 E. 7th Place**<br>**Los Angeles, CA  90021** | | | | | | | 2,012.50 |
| ACCOUNT NO.<br><br>**Wickman**<br>**16250 Pinehurst Dr.**<br>**Chino Hills, CA  91709** | | | | | | | 208.63 |
| ACCOUNT NO.<br><br>**Zeta Phi Rho**<br>**801 W. Temple Ave.**<br>**Pomona, CA  91786** | | | | | | | 29.93 |
| ACCOUNT NO.<br><br><br><br> | | | | | | | |

Sheet no. __19__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **4,080.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $    **1,713,806.11**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** JoJo's Partners, LLC _____    Case No. _____

Debtor(s)    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>JoJo's Partners, LLC</u>                                                      Case No. _____
                    Debtor(s)                                                                            (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE JoJo's Partners, LLC _____   Case No. _____
Debtor(s)                                                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                                          Debtor

Date: _____   Signature: _____
                                                                                              (Joint Debtor, if any)
                                                                   [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **JoJo's Partners, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **33** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 10, 2011** _____   Signature: _____

**Joseph P. Bonafede** _____
                                                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                              Case No. _____

**JoJo's Partners, LLC**                                            Chapter **11** _____
                              Debtor(s)

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

#### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE
**387,717.01  Gross Revenue 2011 (Chino Hills)**

**This is the gross revenue the Chino Hills location received between January and March of 2011.**

**0.00  Gross Revenue 2010 (Chino Hills)**

**This is the gross revenue the Chino Hills location received in 2010.**

**0.00  Gross Revenue 2009 (Chino Hills)**

**This is the gross revenue the Chino Hills location received in 2009.**

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Joseph P. Bonafede<br>2923 Chino Ave, Suite H1<br>Chino Hills, CA  91709<br>member | Please see the attached Exhibit 1 for the ayments made to Joseph Bonafede. | 0.00 | 0.00 |
| Tammy P. Bonafede<br>2923 Chino Ave, Suite H1<br>Chino Hills, CA  91709<br>lender, wife of member | Please see the attached Exhibit 2 for the ayments made to Tammy Bonafede. | 0.00 | 0.00 |
| Amir Frljuckic<br>565 LockHaven Dr<br>Buena Park, CA  90621<br>member | Please see the attached Exhibit 3 for the ayments made to Amir Frljuckic. | 0.00 | 0.00 |
| Rick Bogard<br>member | Please see the attached Exhibit 4 for the ayments made to Rick Bogard. | 0.00 | 0.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1983-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 10, 2011**          Signature: _____

**Joseph P. Bonafede, Member**
<div align="right">Print Name and Title</div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

10:08 PM
08/09/11

<div align="center">

**JoJo's Partners, LLC**

# Payments Made to JOE BONAFEDE

**August 9, 2010 to August 9, 2011**

</div>

JOJO'S PARTNERS LLC - PAYMENTS TO JOSEPH P. BONAFEDE

| Type | Num | Date | Account | Paid To |
|------|-----|------|---------|---------|
| Check | 6719 | 08/08/2011 | 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 6720 | 08/08/2011 | 1070 · JoJos Partners, LLC | (1,000.00) |
| Check | 6693 | 07/05/2011 | 1070 · JoJos Partners, LLC | (2,500.00) |
| Check | 6631 | 06/30/2011 | 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 6622 | 06/28/2011 | 1070 · JoJos Partners, LLC | (1,000.00) |
| Check | 6624 | 06/28/2011 | 1070 · JoJos Partners, LLC | (1,000.00) |
| Check | 6625 | 06/28/2011 | 1070 · JoJos Partners, LLC | (500.00) |
| Check | 6609 | 06/23/2011 | 1070 · JoJos Partners, LLC | (1,000.00) |
| Check | 6611 | 06/23/2011 | 1070 · JoJos Partners, LLC | (1,200.00) |
| Check | 6464 | 04/29/2011 | 1070 · JoJos Partners, LLC | (2,200.00) |
| Check | 6465 | 04/29/2011 | 1070 · JoJos Partners, LLC | (2,200.00) |
| Check | 6423 | 04/15/2011 | 1070 · JoJos Partners, LLC | (2,500.00) |
| Check | 6424 | 04/15/2011 | 1070 · JoJos Partners, LLC | (2,400.00) |
| Check | 6354 | 03/25/2011 | 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 6309 | 03/08/2011 | 1070 · JoJos Partners, LLC | (1,000.00) |
| Check | 6275 | 02/25/2011 | 1070 · JoJos Partners, LLC | (2,600.00) |
| Check | 6265 | 02/24/2011 | 1070 · JoJos Partners, LLC | (2,754.02) |
| Check | 6240 | 02/16/2011 | 1070 · JoJos Partners, LLC | (1,000.00) |
| Check | 6241 | 02/16/2011 | 1070 · JoJos Partners, LLC | (1,200.00) |
| Check | 6218 | 02/09/2011 | 1070 · JoJos Partners, LLC | (956.00) |
| Check | 6101 | 12/31/2010 | 1070 · JoJos Partners, LLC | (2,702.83) |
| Check | 6100 | 12/30/2010 | 1070 · JoJos Partners, LLC | (2,948.37) |
| Check | 6095 | 12/29/2010 | 1070 · JoJos Partners, LLC | (2,500.00) |
| Check | 6068 | 12/17/2010 | 1070 · JoJos Partners, LLC | (2,702.83) |
| Check | 6037 | 12/10/2010 | 1070 · JoJos Partners, LLC | (400.00) |
| Check | 6040 | 12/10/2010 | 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 6001 | 11/30/2010 | 1070 · JoJos Partners, LLC | (1,500.00) |
| Check | 6021 | 11/30/2010 | 1070 · JoJos Partners, LLC | (2,552.42) |
| Check | 5982 | 11/19/2010 | 1070 · JoJos Partners, LLC | (2,904.96) |
| Check | 5956 | 11/12/2010 | 1070 · JoJos Partners, LLC | (1,000.00) |
| Check | 5930 | 11/05/2010 | 1070 · JoJos Partners, LLC | (2,597.50) |
| Check | 5907 | 11/03/2010 | 1070 · JoJos Partners, LLC | (1,200.00) |
| Check | 5898 | 10/27/2010 | 1070 · JoJos Partners, LLC | (3,695.13) |
| Check | 5899 | 10/27/2010 | 1070 · JoJos Partners, LLC | (800.00) |
| Check | 5869 | 10/22/2010 | 1070 · JoJos Partners, LLC | (2,523.91) |
| Check | 5845 | 10/15/2010 | 1070 · JoJos Partners, LLC | (2,952.67) |
| Check | 5814 | 10/07/2010 | 1070 · JoJos Partners, LLC | (2,451.78) |
| Check | 5820 | 10/07/2010 | 1070 · JoJos Partners, LLC | (2,500.00) |
| Check | 5792 | 10/01/2010 | 1070 · JoJos Partners, LLC | (1,818.41) |
| Check | 5769 | 09/29/2010 | 1070 · JoJos Partners, LLC | (4,211.41) |
| Check | 5768 | 09/27/2010 | 1070 · JoJos Partners, LLC | (3,088.39) |

**10:08 PM**
**08/09/11**

## JoJo's Partners, LLC
## Payments Made to JOE BONAFEDE
### August 9, 2010 to August 9, 2011

| Check | 5755 | 09/23/2010 1070 · JoJos Partners, LLC | (3,734.80) |
|-------|------|----------------------------------------|------------|
| Check | 5674 | 09/03/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5675 | 09/03/2010 1070 · JoJos Partners, LLC | (576.31) |
| Check | 5676 | 09/03/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5677 | 09/03/2010 1070 · JoJos Partners, LLC | (1,812.40) |
| Check | 5678 | 09/03/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5679 | 09/03/2010 1070 · JoJos Partners, LLC | (531.09) |
| Check | 5634 | 08/27/2010 1070 · JoJos Partners, LLC | (1,980.43) |
| Check | 5635 | 08/27/2010 1070 · JoJos Partners, LLC | (2,393.69) |
| Check | 5636 | 08/27/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5637 | 08/27/2010 1070 · JoJos Partners, LLC | (816.19) |
| Check | 5598 | 08/20/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5599 | 08/20/2010 1070 · JoJos Partners, LLC | (2,170.55) |
| Check | 5600 | 08/20/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5601 | 08/20/2010 1070 · JoJos Partners, LLC | (2,180.28) |
| Check | 5602 | 08/20/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5603 | 08/20/2010 1070 · JoJos Partners, LLC | (944.17) |
| Check | 5574 | 08/13/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5575 | 08/13/2010 1070 · JoJos Partners, LLC | (1,604.87) |
| Check | 5576 | 08/13/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 5577 | 08/13/2010 1070 · JoJos Partners, LLC | (1,859.41) |
| Check | 5578 | 08/13/2010 1070 · JoJos Partners, LLC | (2,000.00) |
| | | | (122,664.82) |

10:36 PM
08/09/11
Accrual Basis

# JoJo's Partners, LLC
# Payments Made to Tammy Bonafede
### August 9, 2010 through August 9, 2011

JOJO'S PARTNERS LLC - PAYMENTS TO TAMMY BONAFEDE

| Type | Date | Num | Account | Amount |
|------|------|-----|---------|--------|
| Check | 04/08/2011 | 6403 | 1070 · JoJos Partners, LLC | (2,500.00) |
| Check | 04/08/2011 | 6404 | 1070 · JoJos Partners, LLC | (2,500.00) |
| | | | | (5,000.00) |

10:14 PM
08/09/11

# JoJo's Partners, LLC
# Payments Made to Amir Frijuckic
### August 9, 2010 to August 9, 2011

JOJO'S PARTNERS LLC - PAYMENTS TO AMIR FRIJUCKIC

| Type | Num | Date | Account | Amount |
|------|-----|------|---------|--------|
| Check | 6683 | 07/25/2011 | 1070 · JoJos Partners, LLC | (2,325.00) |
| Check | 6684 | 07/25/2011 | 1070 · JoJos Partners, LLC | (2,325.00) |
| Check | 6626 | 06/29/2011 | 1070 · JoJos Partners, LLC | (2,325.00) |
| Check | 6568 | 06/06/2011 | 1070 · JoJos Partners, LLC | (2,325.00) |
| Check | 6475 | 05/04/2011 | 1070 · JoJos Partners, LLC | (2,325.00) |
| Check | 6476 | 05/04/2011 | 1070 · JoJos Partners, LLC | (2,325.00) |
| Check | 6426 | 04/18/2011 | 1070 · JoJos Partners, LLC | (81.22) |
| Check | 6279 | 02/28/2011 | 1070 · JoJos Partners, LLC | (2,650.00) |
| Check | 6280 | 02/28/2011 | 1070 · JoJos Partners, LLC | (2,000.00) |
| Check | 6205 | 01/28/2011 | 1070 · JoJos Partners, LLC | (155.97) |
| Check | 6097 | 12/30/2010 | 1070 · JoJos Partners, LLC | (3,500.00) |
| Check | 6098 | 12/30/2010 | 1070 · JoJos Partners, LLC | (4,650.00) |
| Check | 5997 | 11/30/2010 | 1070 · JoJos Partners, LLC | (3,500.00) |
| Check | 5995 | 11/29/2010 | 1070 · JoJos Partners, LLC | (4,650.00) |
| Check | 5875 | 10/27/2010 | 1070 · JoJos Partners, LLC | (4,650.00) |
| Check | 5765 | 09/24/2010 | 1070 · JoJos Partners, LLC | (4,650.00) |
| Check | 5684 | 09/09/2010 | 1070 · JoJos Partners, LLC | (3,000.00) |
| Check | 5643 | 08/31/2010 | 1070 · JoJos Partners, LLC | (4,000.00) |
| Check | 5609 | 08/25/2010 | 1070 · JoJos Partners, LLC | (4,650.00) |
| | | | | (56,087.19) |

10:17 PM
08/09/11

**JoJo's Partners, LLC**
# Payments Made to Rick, Bogard
### August 9, 2010 to August 9, 2011

JOJO'S PARTNERS LLC - PAYMENTS TO RICK BOGARD

| Type | Num | Date | Account | Amount |
|------|-----|------|---------|--------|
| Check | 6711 | 08/05/2011 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 6646 | 07/06/2011 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 6567 | 06/06/2011 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 6474 | 05/04/2011 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 6387 | 04/07/2011 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 6288 | 02/19/2011 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 6113 | 01/03/2011 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 6023 | 12/07/2010 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 5925 | 11/04/2010 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 5796 | 10/05/2010 | 1070 · JoJos Partners, LLC | (2,250.00) |
| Check | 5681 | 09/08/2010 | 1070 · JoJos Partners, LLC | (2,250.00) |
| | | | | (24,750.00) |

# United States Bankruptcy Court
## Central District of California

IN RE:                                                                   Case No. _____

__JoJo's Partners, LLC_____    Chapter __11_____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☐ Debtor  ☑ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☑ Other (specify):

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~
    b.  ~~Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;~~
    c.  ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__August 10, 2011__                     _EMS illinp_ (signature)
            Date                        **The Dillinger Law Firm, P.C.**
                                        **65 Enterprise**
                                        **Aliso VIEJO, CA  92656**
                                        **(949) 830-4717  Fax: (949) 271-4717**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                    Case No. _____

<u>JoJo's Partners, LLC</u> _____     Chapter <u>11</u> _____
                        Debtor(s)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (*specify date*) <u>7/20/2011</u>, I agreed with the Debtor that for a fee of $ <u>250.00/hr</u>, I would provide only the
   following services:

   a. ☐ Prepare and file the Petition and Schedules

   b. ☐ Represent the Debtor at the 341(a) Hearing

   c. ☐ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C.
        § 523

   f. ☐ Other (specify):

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and
   that this declaration was executed on the following date at the city set forth below.

Dated: <u>August 10, 2011</u> _____     Law Firm: <u>The Dillinger Law Firm P.C.</u> _____

                                                              <u>65 Enterprise</u>
                                                              <u>Aliso VIEJO, CA  92656</u> _____

I HEREBY APPROVE THE ABOVE:                          By: _____

_____                   Name: _____
Signature of Debtor(s)                                       Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| IN RE: | Case No. _____ |
| JoJo's Partners, LLC | Chapter **11** _____ |
| <div align="center">Debtor(s)</div> | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**16** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **August 10, 2011**          Signature: _____

<div align="center">Joseph P. Bonafede, Member</div>                                      Debtor

Date: _____          Signature: _____

                                                                      Joint Debtor, if any

Date: 8/10/11          Signature: _____

                                                                      Attorney (if applicable)

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

JoJo's Partners LLC
2923 Chino Ave H-1
Chino Hills, CA  91709


The Dillinger Law Firm PC
65 Enterprise
Aliso VIEJO, CA  92656

25/35 Foundation
25253 Noble Canyon St
Corona, CA  92883


AICCO Inc
Department 7615
Los Angeles, CA  90084-7615


All Kinds Of Signs
8431 Yorktown Ave
Huntington Beach, CA  92646


Alliance Financial
PO Box 3617
Seattle, WA  98124-3617


Alliance Funding Group Inc
3745 W Chapman Ave 2nd Floor
Orange, CA  92868


Allied Insurance
PO Box 514540
Los Angeles, CA  90051-4540


Alpha Kappa Delta
3801 W Temple Ave Bldg #5
Pomona, CA  91768


American Cancer Society
Relay For Life
1240 Palmyrite Ave
Riverside, CA  92507


American Express
PO Box 0001
Los Angeles, CA  90096-0001

American Express
PO Box 360002
Fort Lauderdale, FL  33336-0002


Amir Frljuckic
5650 Lock Haven Dr
Buena Park, CA  90621


Anat Levy & Associates PC
8840 Wilshire Blvd Third Floor
Beverly Hills, CA  90211


Anderson Air Conditioning LP
422 S Corona Mall
Corona, CA  92882


Anheuser Bush Sales Of Pomona
PO Box 3000
Pomona, CA  91766


Aramark - Mira Loma
Aramark Uniform Services Inc
PO Box 33470
Riverside, CA  92519


Aramark Uniform Services Inc
PO Box 20378
Fountain Valley, CA  92708


Avalon Advisors Inc
25602 Alicia Parkway #435
Laguna Hills, CA  92653-5309


Avon Walk
11751 Mississippi Ave
Los Angeles, CA  90025

AYALA - Choral Boosters
3233 Grand Ave #N-170
Chino Hills, CA   91709


Ayala Basketball
3411 Royal Ridge Rd
Chino Hills, CA   91709


Ayala Freshman Football
14425 Peyton Dr
Chino Hills, CA   91709


Ayala Theatre Arts Boosters
14255 Peyton Dr
Chino Hills, CA   91709


AYSO Mighty Sharks
16452 Patina Court
Chino Hills, CA   91709


AYSO Pink Panthers
5973 Natalie Rd
Chino Hills, CA   91709


AYSO Region #67
PO Box 861
Chino, CA   91708


AYSO Region #779 Pink Ponies
3233 Grand Ave #N-275
Chino Hills, CA   91709


Blue Shield Of California
PO Box 51827
Los Angeles, CA   90051-6127

Board Of Equalization
State Of California
PO Box 942879
Sacramento, CA  94279-0001


Brothers International Desserts Inc
1682 Kettering St
Irvine, CA  92614


Butler Chemicals Inc
1283 N Grove St
Anaheim, CA  92806-2114


Cal Poly AMMA
3801 West Temple
Pomona, CA  91768


Cal State Fullerton Philanthropiz
800 N State College Blvd
Fullerton, CA  92831


California Deli Distributing Inc
13869 Pipeline Ave
Chino, CA  91710


Calvary Chapel San Jacinto
1450 W 7th St
San Jacinto, CA  92582


Canyon Hills
2500 Madrugada
Chino Hills, CA  91709


Canyon Hills Jr High
2500 Madrugada
Chino Hills, CA  91709

CashReady LLC
6420 Wilshire Blvd 19th Floor
Los Angeles, CA   90048


Central Security - Chino Hills
PO Box 2527
Temecula, CA   92593-2527


Central Security - Mira Loma
43174 Business Park Drive
Temecula, CA   92590


Cerenzia Foods Inc
8585 White Oak Ave
Ranch Cucamonga, CA   91730


Chevron
PO Box 2001
Concord, CA   94529-0001


CHHS - Music/Choir
16150 Pomona Rincon Rd
Chino Hills, CA   91709


Chino Hills - Coyotes U9
15567 Sandlewood Lane
Chino Hills, CA   91709


Chino Hills Boys Water Polo
15567 Sandlewood Lane
Chino Hills, CA   91708


Chino Hills High School - Choir
16150 Pomona Rincon Rd
Chino Hills, CA   91709

Chino Hills High School - Water Pol
16150 Pomona Rincon Rd
Chino Hills, CA   91709


Chino Hills Junior All America Foot
3233 N Grand Ave #N360
Chino Hills, CA   91709


Chino Hills Pony Baseball
3233 Grand Ave #54
Chino Hills, CA   91709


Chino Hills Rays Baseball Club
13305 Oaks Ave
Chino Hills, CA   91709


Chino Valley Independent Fire Distr
Attn: Dawn Burns
14011 City Center Dr
Chino Hills, CA   91709


Clark & Trevithick (General)
800 Wilshire Blvd 12th Floor
Los Angeles, CA   90017


Coast Paper & Ribbon Products Inc
1100 S Cypress
La Habra, CA   90631


Committed Mission -Africa
1370 S Euclid St
La Habra, CA   90631


Confero Inc
1152 Executive Circle Suite 100
Cary, NC   27511

Corona Valley Pee Wee Cheer
7056 Archibald #102-295
Corona, CA   92880


Country Springs
1415 Villge Center Drive
Chino Hills, CA   91709


County of San Bernardino - Tax Coll
172 West 3rd St 1st Floor
San Bernardino, CA   92415


Decker Elementary
20 Village Loop Dr
Pomona, CA   91766


Department Of Industrial Relations
Accounting
1515 Clay St #16-22A MS 30
Oakland, CA   94612


Diamond Bar High Wrestling Team
21400 Pathfinder Road
Diamond Bar, CA   91765


Diamond Bar Pre-School
400 Rancheria Road
Diamond Bar, CA   91765-2143


Direct TV
PO Box 60036
Los Angeles, CA   90060-0036


Direct TV - Mira Loma
PO Box 60036
Los Angeles, CA   90060-0036

Dirt Dawgs
6205 Natalie Rd
Chino Hills, CA   91709


Double 'D' Support Team
13224 Chukar Court
Chino Hills, CA   91710


Eagle Canyon Elementary
13435 Eagle Canyon Dr
Chino Hills, CA   91709


Eleanor Roosevelt - Cross Country
12672 Limonite Ave #404
Corona, CA   92880


Eleanor Roosevelt - PTSA
7447 Cleveland Ave
Corona, CA   92880


Eleanor Roosevelt Football
12672 Limonite #404
Corona, CA   92880


Everysoft
707 West 16th Street
Long Beach, CA   90813


Family Tree Produce
5510 E La Palma Ave
Anaheim, CA   92807


Franchise Tax Board
PO Box 942857
Sacramento, CA   94257-0551

Gamar Properties Inc
Orange County Cold Services
1301 S Sunkist Ave
Anaheim, CA   92806


Gate City Beverage
Dept # 265
Los Angeles, CA   90084-2685


Graphic Details Inc
14122 Central Ave Unit E
Chino, CA   91710


Great-West Retirement Services
PO Box 173764
Denver, CO   80217


Guard Insurance Group
PO Box A-H
Wilkes-Barre, PA   18703-0020


H Vaughn Hapeman
15615 Alton Parkway Suite 175
Irivine, CA   91776


Hidden Trails
2250 Ridgeview Dr
Chino Hills, CA   91709


Hoprock Limonite LLC
C/O Vestar Property Management
7575 Carson Blvd
Long Beach, CA   90808

IMS Commercial Ice System
PO Box 160
La Verne, CA   91750


In Touch POS by Assal
1601 N California Blvd
Walnut Creek, CA   94596


Inland Aids Project - Kola
3767 Elizabeth St
Riverside, CA   92506


Jim Hynd
15219 Mariposa Ave
Chino Hills, CA   91709


Joe Bonafede
2351 Orchid Hill Pl
Newport Beach, CA   92660


Jr All American Football
10551 Bellegrave Ave
Mira Loma, CA   91752


Jurupa Valley Band
10551 Bellegrave Ave
Mira Loma, CA   91752


Knights of Columbus
PO Box 145
Chino Hills, CA   91709


Liberty Elementary - PFA
2730 Bonview Ave
Ontario, CA   91761

Love Resonate
13539 Via San Reno
Chino Hills, CA   91709


Loving Savior
14816 Payton Dr
Chino Hills, CA   90631


Lucy Robinson
3636 Crooked Creek Rd
Diamond Bar, CA   91765


Mercury Insurance Company
PO Box 11991
Santa Ana, CA   92711


Mom's Club - Chino
2427 S Fern #22
Ontario, CA   91762


National Marrow Donor Program
1231 E Dyer Rd Ste 236
Santa Ana, CA   92705


New Harvest Christian School
11364 Imperial Hwy
Norwalk, CA   90650


No Limit Church
7250 Mission Blvd
Riverside, CA   92509


Ontario Christian School
1907 South Euclid
Ontario, CA   91762

Orkin Exterminating - Chino
711 PO Box 7161
Pasadena, CA  91109-7161


Oxford Preparatory Academy
4195 Chino Hills Pkwy #72
Chino Hills, CA  91709


Parents Of Multiples
PO Box 2021
Chino Hills, CA  91709


Pomona Valley Catholic St Madelein
935 E Kingsley
Pomona, CA  91767


Reinberger Printwerks
20275 Paseo Del Prado
Walnut, CA  91789


River Heights PTSA
7227 Cleveland Ave
Corona, CA  92880


RJAN LLC (Chino Rent H-1)
20955 Pathfinder Road #210
Diamond Bar, CA  91765


RJAN LLC (Chino Rent H-4B)
20955 Pathfinder Road #210
Diamond Bar, CA  91765


Roosevelt PTSA
7447 Cleveland Ave
Corona, CA  92880

SCE
PO Box 600
Rosemead, CA  91771-0001


Shannon Jackson
23579 Descanso Dr
Moreno Valley, CA  92557


So Cal Outlaws - U10
3417 Royal Ridge Rd
Chino Hills, CA  91709


South Hills Church
2585 S Main St
Corona, CA  92882


SSD Systems
1740 N Lemon St
Anaheim, CA  92801-1007


St Paul Church
14085 Peyton Dr
Chino Hills, CA  91709


Staples
PO Box 9020
Des Moines, IA  50368-9020


State Compensation Insurance Fund
PO Box 942879
Sacramento, CA  94279-7072


State Of California
Board Of Equalization
PO Box 942879
Sacramento, CA  94279-0001

Stephan & Stein Inc
21700 Oxnard Street Suite 1160
Woodland Hills, CA  91367


Storm Baseball
376 S Carlos Ct
Chino Hills, CA  91710


Storm Baseball 9U
250 W 1st St Ste 254
Claremont, CA  91711


The Dance Shop
311 W Emporia St
Ontario, CA  91761


The Paper Company
2815 Warner Ave
Irvine, CA  92606


Townsend Band
15359 Ilex Dr
Chino Hills, CA  91709


Trade Supplies
5899 S Downey Rd
Vernon, CA  90058


Treebark Enterprises
PO Box 1286
Claremont, CA  91711-1286


Verizon Conferencing
Dept CH 10305
Palatine, IL  60055-0305

Wachovia Dealer Services
PO Box 25341
Santa Ana, CA  92799-5341


West Central Produce Inc
2020 E 7th Place
Los Angeles, CA  90021


Wickman
16250 Pinehurst Dr
Chino Hills, CA  91709


Zeta Phi Rho
801 W Temple Ave
Pomona, CA  91786